UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SOLARBRIDGE TECHNOLOGIES, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>ISAAC OZKAYNAK, an individual,<br><br>    Defendant. | Case No.: 10-CV-03769-LHK<br><br>ORDER RESETTING CASE MANAGEMENT CONFERENCE |

In light of Plaintiff's representation that it is attempting to serve Defendant through the Hague Convention on Service Abroad, and the fact that Defendant has not yet appeared in this case, the Case Management Conference currently set for April 20, 2011 is hereby VACATED. The Case Management Conference is re-set for September 14, 2011 at 2 p.m.

**IT IS SO ORDERED.**

Dated: April 14, 2011

_____
LUCY H. KOH
United States District Judge

1

Case No.: 10-CV-03769-LHK
ORDER RESETTING CASE MANAGEMENT CONFERENCE