1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

SOLARBRIDGE TECHNOLOGIES, INC.,

Plaintiff(s),

v.

JOHN DOE,

Defendant(s).

_____/

NO. 5:10-cv-03769 EJD

**ORDER VACATING CASE
MANAGEMENT CONFERENCE**

Having reviewed Plaintiff's Case Management Statement filed September 9, 2011, the court has determined that a Case Management Conference is unnecessary at this time.

Accordingly, the Case Management Conference in this action is **VACATED**. The court instead sets a Status Conference in this action for **November 18, 2011, at 10:00 a.m.** Plaintiff shall file a statement updating the court on the status of the case, including all efforts made to resolve this action through the default process, on or before **November 9, 2011**, unless the Status Conference is vacated prior to that date.

**IT IS SO ORDERED.**

Dated: September 13, 2011

EDWARD J. DAVILA
United States District Judge

Case No. 5:10-cv-03769 EJD
ORDER VACATING CASE MANAGEMENT CONFERENCE (EJDLC1)