UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SOLARBRIDGE TECHNOLOGIES, INC., a Delaware Corporation<br><br>      Plaintiff,<br>v.<br><br>ISAAC OZKAYNAK, an individual,<br><br>      DEFENDANT. | Case No. C 10-cv-03769-EJD.<br><br>**JUDGMENT AND PERMANENT INJUNCTION** |

  This matter having been fully considered, and the court having granted Plaintiff, SolarBridge Technologies Motion for Default Judgment against Defendant, Isaac Ozkaynak, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Judgment is entered in favor of Plaintiff, SolarBridge Technologies against Defendant, Isaac Ozkaynak in the sum of $56,989.98 in attorney's fees, together with costs in the sum of $9,573.35, for a total judgment of $66,563.33.

  AND IT IS FURTHER ORDERED THAT:

  1. Pursuant to Federal Rule of Civil Procedure 65(d), Defendant, his agents, assignees, and successors-in-interest, and those in active concert or participation with him are permanently enjoined from:

    a. directly or indirectly using, for any purpose, any physical or electronic items or documents belonging to Plaintiff, including all devices, records, data, notes, reports, proposals, lists, correspondence, specifications, drawings, blueprints, sketches, laboratory notebooks, flow

charts, materials, equipment, other documents or property, or copies or reproductions of any aforementioned items or documents, and any information contained, reflected, found or derived from the foregoing (the foregoing is referred to as "Plaintiff Materials and Information");

 b. directly or indirectly disclosing, for any purpose, any Plaintiff Materials and Information to any third party, including but not limited to any current, future, actual or potential competitor to Plaintiff;

 c. directly or indirectly accessing, for any purpose, any SolarBridge Materials and Information, including not limited through any physical or electronic means;

 d. directly or indirectly selling, offering for sale, conveying, transferring, developing, designing, manufacturing or otherwise commercializing or profiting from any SolarBridge Materials and Information;

 e. directly or indirectly using, disclosing or accessing any information, including any SolarBridge Materials and Information, in any manner inconsistent with or in breach of the September 9, 2009 Confidential Information and Invention Assignment Agreement between Ozkaynak and SolarBridge;

 f. directly or indirectly using, disclosing or accessing any information, including any SolarBridge Materials and Information, in any manner inconsistent with or in breach of the February 5, 2010 Termination Certification between Ozkaynak and SolarBridge;

 g. directly or indirectly using, disclosing or accessing any information in any manner that violates any intellectual property rights of Plaintiff, violates any state or federal law governing use, disclosure or access of any SolarBridge Materials or Information, or otherwise violates any right or privilege of Plaintiff.

 2. Defendant shall return and transfer to SolarBridge all SolarBridge Materials and Information.

 3. Defendant take all steps to ensure that no SolarBridge Materials and Information remain in his possession, custody or control and Defendant shall take all steps to confirm the return to Plaintiff of all SolarBridge Materials and Information. Ozkaynak shall certify in writing to

Plaintiff that all such steps have been taken and that all SolarBridge Materials and Information have been returned and transferred to Plaintiff.

4. This Court shall retain jurisdiction over any and all issues arising from or related to the enforcement of this Permanent Injunction, the implementation of this Order or the interpretation of this Order.

5. Defendant shall provide a copy of this Permanent Injunction to each employee, agent, contractor or affiliate acting on Defendant's behalf and any third party, who has or may have actually or potentially had access to, used or disclosed SolarBridge Materials and Information.

Dated: June 12, 2012

_____
EDWARD J. DAVILA
United States District Judge

3

Case No. C 10-cv-03769-EJD
JUDGMENT AND PERMANENT INJUNCTION